**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACOB ISRAEL WALDEN,

              Plaintiff,

    - against -

NASSAU COUNTY, A Municipal Corporation
Organized Pursuant To The Laws Of The State
Of New York, NEW YORK STATE
DEPARTMENT OF ENVIRONMENTAL
CONSERVATION, (N.Y.S.D.E.C.)

             Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 25-5902 (GRB) (AYS)

      An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on January 29, 2026, dismissing this case for failure to prosecute without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of Court to enter judgment and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Jacob Israel Walden take nothing of Defendants Nassau County and New York State Department of Environmental Conservation; that this case is dismissed for failure to prosecute; and that this case is closed.

Dated: January 30, 2026
       Central Islip, New York

                                                      BRENNA B. MAHONEY
                                                      CLERK OF COURT

                                     BY:    /s/ JAZMIN M. CUBANO
                                                        DEPUTY CLERK